UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOSEPH MESSINA, CLINT SCOLES, and CLIFTON DIAZ, on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BASEBALL AMERICA INC.,<br><br>        Defendant. | Case No.: 1:25-cv-00309-TDS-JGM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiffs Joseph Messina, Clint Scoles, and Clifton Diaz ("Plaintiffs"), and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice as to Defendant Baseball America Inc. ("Defendant").

    Defendant has filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under F.R.C.P. 41(a)(1)(A)(i) is therefore appropriate.

Dated: March 3, 2026

**WILKERSON JUSTUS PLLC**

By: *David M. Wilkerson*
    David M. Wilkerson
    N.C. Bar No. 35742
    P.O. Box 54
    Asheville, NC 28802
    Tel: 828-316-6902
    Email: dwilkerson@wilkersonjustus.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on March 3, 2026, the foregoing was filed in the United States District Court for the Middle District of North Carolina, and a true and correct copy of this was served via ECF on all counsel of record appearing in this case.

By: *David M. Wilkerson*
David M. Wilkerson